

COP HR Employee Self Service                                                    Logged In As MICHELLE.KNOX

# Paystub

| | | | |
|---|---|---|---|
| Employee Name | Simmons, Michelle | Employee Number | 204169 |
| Organization Email Address | Michelle.simmons@phila.gov | Business Group | City of Philadelphia |

## Pay Information

**Current Amount**
- 10.30%
- 30.01%
- 58.10%
- 1.58%

Gross Earnings: 3713.04

**YTD Amount**
- 9.43%
- 29.32%
- 59.49%
- 1.76%

Gross Earnings: 26082.23

Choose a Paystub: 31-MAY-2019 - 204169 - Check 1   [Go]

| | | | |
|---|---|---|---|
| Employee | Michelle T Simmons | Employer name | STS Streets |
| Job Title | 2L20 Administrative Officer | Employer Phone Number | |
| National Identifier | 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 | Organization | STS Streets |
| Employee Number | 204169 | Pay Calculation Method | |
| Latest Hire Date | 10-Jul-1989 | Pay Basis | COP Reg Sal |
| Original Hire Date | 10-Jul-1989 | Frequency | Week |
| Adjusted Service Date | 10-Jul-1989 | Shift | |
| Assignment Number | 204169 | Bargaining Unit | |
| Location | Municipal Services Building, 7th Floor | Collective Agreement | |
| Position | 2L20.01 STS Sanitation Program Admin | Contract | |
| Payroll | Per Diem | Grade | N0019 |
| Employee Address | 206 Overlook Rd<br>Philadelphia<br>PA<br>19128 | Employer Address | 1401 Jfk Blvd<br>Philadelphia<br>PA<br>19102 |

## Pay Period and Salary

| Pay Period | Payment Date | Pay Begin Date | Pay End Date | Pay Rate | Annual Salary |
|---|---|---|---|---|---|
| Bi-Week | 31-May-2019 | 13-May-2019 | 26-May-2019 | 66947.00 | 66947.00 |

## Summary

| Current or YTD | Gross | Pre-Tax | Taxes | Deductions | | Net Pay |
|---|---|---|---|---|---|---|
| Current | 2828.40 | 250.97 | 614.68 | 56.67 | | 1693.27 |
| YTD | 15709.48 | 1352.83 | 4556.98 | 283.35 | | 9452.27 |

## Hours and Earnings

| Description | Start Date | End Date | Current Hours | Current Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Time Entry Wages | | | 38.60 | 1325.25 | 287.00 | 9853.54 |
| Comp Taken | | | | 0.00 | 4.60 | 157.95 |
| Uncertified Sick | | | | 0.00 | 7.50 | 257.49 |
| Vacation | | | 37.50 | 1287.45 | 77.20 | 2650.44 |
| Holiday Cash | | | | 0.00 | 7.50 | 257.49 |
| Longevity Pay | | | | 58.69 | | 326.10 |
| Overtime 1_5 | | | 2.80 | 144.20 | 35.40 | 1823.10 |
| Imputed Income | | | | 12.81 | | 64.05 |



Assume Time    0.00    9.30    319.32

### Rate Details

#### Pre-Tax Deductions

| Description | Current | YTD |
|---|---|---|
| Medical | 18.77 | 93.65 |
| Def Comp Flat | 75.00 | 375.00 |
| Pen_Plan J3 | 175.97 | 977.83 |
| Flex Credit Pretax | -18.77 | -93.65 |

#### Taxes

| Description | Current | YTD |
|---|---|---|
| Federal Tax | 400.59 | 2256.76 |
| Social Security | 175.36 | 973.99 |
| Medicare | 41.01 | 227.79 |
| PA State Tax | 86.26 | 479.40 |
| PA Unemployment | 1.69 | 9.37 |
| Philadelphia | 109.77 | 609.87 |

#### After-Tax Deductions

| Description | Current | YTD |
|---|---|---|
| Life Ins Supp | 17.93 | 99.15 |
| ADD Ins Supp | 2.71 | 13.55 |
| Deferred Comp Loan | 56.67 | 283.35 |
| Life Ins Dep | 3.24 | 18.20 |
| Flex Credit Posttax | -23.78 | -118.90 |

#### Accruals

| Description | Current | Balance |
|---|---|---|
| Other | 0.00 | 13.10 |
| Sick | 0.00 | 1500.00 |
| Vacation | 0.00 | 128.36 |

### Tax Withholding Information

| Type | Marital Status | Exemptions | Secondary Exemptions | Additional Amount | Override Amount | Override Percentage |
|---|---|---|---|---|---|---|
| Federal | Single | 0 | | 25.00 | 0.00 | 0 |
| Pennsylvania | Not Used | 0 | | 0.00 | 0.00 | 0 |

### Net Pay Distribution

| Check/Deposit Number | Bank Name | Account Type | Account Number | Amount |
|---|---|---|---|---|
| 155895873 | PHILADELPHIA FCU | C | XX4169 | 1693.27 |

### TP Pay Distribution

| Check/Deposit Number | Bank Name | Account Type | Account Number | Amount |
|---|---|---|---|---|
| No results found | | | | |

| CITY OF PHILADELPHIA Earnings and Deductions | STS SANITATION PROGRAM ADMIN MUNICIPAL SERVICES BUILDING, 7 | | 204169 SIMMONS | |
|---|---|---|---|---|

SIMMONS, MICHELLE T
206 OVERLOOK RD
PHILADELPHIA PA 19128

PAY PERIOD ENDING  06-23-2019
DATE PAYABLE      06-28-2019

| EARNINGS | HOURS | AMOUNT | TAXES | CURRENT | YTD |
|---|---|---|---|---|---|
| TIME ENTRY WAGES | 78.9 | 2,708.87 | FEDERAL TAX | 485.70 | 3,231.79 |
| OVERTIME 1_5 | 9.9 | 509.84 | SOCIAL SECURITY | 205.91 | 1,386.89 |
| LONGEVITY PAY | 0 | 68.95 | MEDICARE TAX | 48.15 | 324.35 |
| COMP TAKEN | .6 | 20.60 | CITY TAX | 128.89 | 868.13 |
| IMPUTED INCOME | 0 | 12.81 | STATE TAX | 101.38 | 682.70 |
|  |  |  | PAUC TAX | 1.98 | 13.34 |
|  |  |  | YTD GROSS PAY |  | 22,369.19 |
| TOTAL GROSS EARNINGS |  | 3,321.07 | YTD W-2 GROSS |  | 20,301.73 |

| DEDUCTIONS | AMOUNT | PENSION | |
|---|---|---|---|
|  |  | PENSION PLAN | Plan J |
| FIT WITHHELD | 485.70 | YTD NON TAXED PENSION | |
| PEN PLAN J3 | 206.77 | YTD TAXED PENSION | |
| SS EE WITHHELD | 205.91 | LTD NON TAXED PENSION | |
| DEF COMP FLAT | 150.00 | LTD TAXED PENSION | |
| CITY WITHHELD | 128.89 | | |
| SIT WITHHELD | 101.38 | | |
| DEFERRED COMP LOAN | 58.73 | | |
| MEDICARE EE WITHHELD | 48.15 | | |
| MEDICAL | 18.77 | | |
| LIFE INS SUPP | 17.83 | | |
| LIFE INS DEP | 3.24 | | |
| ADD INS SUPP | 2.71 | | |
| SUI WITHHELD | 1.98 | | |
| FLEX CREDIT PRETAX | -18.77 | | |
| FLEX CREDIT POSTTAX | -23.78 | | |

| | | | |
|---|---|---|---|
| | | VACATION : | 188.4 |
| | | SICK : | 1500.0 |
| | | REGULAR COMP: | 4.8 |
| | | HOLIDAY COMP: | 0.0 |
| | | SPECIAL COMP: | 0.0 |
| NET PAY | 1,920.75 | ANNUAL LEAVE: | 0.0 |

STATEMENT OF EARNINGS AND DEDUCTIONS

DiRDP3 (03/2019)

---

CITY OF PHILADELPHIA

Deposit on account for:

DIRECT DEPOSIT
NON-NEGOTIABLE

| EMPLOYEE NUMBER | DATE PAYABLE | | |
|---|---|---|---|
|  | MO | DAY | YEAR |
| 204169 | 06 | 28 | 2019 |

DEPOSIT AMOUNT
1,920.75

SIMMONS, MICHELLE T
206 OVERLOOK RD
PHILADELPHIA PA 19128

# NON-NEGOTIABLE

| CITY OF PHILADELPHIA<br>Earnings and Deductions | STS SANITATION PROGRAM ADMIN<br>MUNICIPAL SERVICES BUILDING, 7 | 204169<br>SIMMONS |

SIMMONS, MICHELLE T
206 OVERLOOK RD
PHILADELPHIA PA 19128

PAY PERIOD ENDING    08-09-2019
DATE PAYABLE         08-14-2019

| EARNINGS | HOURS | AMOUNT | TAXES | CURRENT | YTD |
|---|---|---|---|---|---|
| TIME ENTRY WAGES | 83.3 | 2,173.31 | FEDERAL TAX | 2,746.09 | |
| OVERTIME 1_5 | 10.9 | 561.35 | SOCIAL SECURITY | 206.99 | 1,180.98 |
| HOLIDAY CASH | 7.5 | 257.49 | MEDICARE TAX | 48.41 | 276.20 |
| ADMIN LEAVE | 7.5 | 257.49 | CITY TAX | 129.57 | 739.24 |
| LONGEVITY PAY | 0 | 69.32 | STATE TAX | 101.92 | 581.32 |
| IMPUTED INCOME | 0 | 12.81 | PAUC TAX | 1.99 | 11.38 |
| COMP TAKEN | .2 | 6.87 | | | |
| TOTAL GROSS EARNINGS | | 3,338.64 | YTD GROSS PAY | | 19,048.12 |
| | | | YTD W-2 GROSS | | 17,337.43 |

| DEDUCTIONS | AMOUNT | PENSION | |
|---|---|---|---|
| | | PENSION PLAN | Plan J |
| FIT WITHHELD | 489.33 | YTD NON TAXED PENSION | |
| PEN_PLAN J3 | 207.86 | YTD TAXED PENSION | |
| SS EE WITHHELD | 206.99 | LTD NON TAXED PENSION | |
| DEF COMP FLAT | 150.00 | LTD TAXED PENSION | |
| CITY WITHHELD | 129.57 | | |
| SIT WITHHELD | 101.92 | | |
| DEFERRED COMP LOAN | 56.87 | | |
| MEDICARE EE WITHHELD | 48.41 | | |
| MEDICAL | 18.77 | | |
| LIFE INS SUPP | 17.83 | | |
| LIFE INS DEP | 3.24 | | |
| ADD INS SUPP | 2.71 | | |
| SUI WITHHELD | 1.99 | | |
| FLEX CREDIT PRETAX | -18.77 | | |
| FLEX CREDIT POSTTAX | -23.78 | | |

DRDP3 (03/2019)

| | |
|---|---|
| VACATION : | 150.9 |
| SICK : | 1500.0 |
| REGULAR COMP: | 5.4 |
| HOLIDAY COMP: | 0.0 |
| SPECIAL COMP: | 0.0 |
| ANNUAL LEAVE: | 0.0 |

NET PAY            1,933.09

STATEMENT OF EARNINGS AND DEDUCTIONS

# CITY OF PHILADELPHIA

*Deposit on account for:*

## DIRECT DEPOSIT
## NON-NEGOTIABLE

| EMPLOYEE NUMBER | DATE PAYABLE |||
|---|---|---|---|
| | MO | DAY | YEAR |
| 204169 | 08 | 14 | 2019 |

| DEPOSIT AMOUNT |
|---|
| 1,933.09 |

SIMMONS, MICHELLE T
206 OVERLOOK RD
PHILADELPHIA PA 19128

# NON-NEGOTIABLE