# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

           Chapter 13

           Bankruptcy No. 19-14692-MDC

MICHELLE T SIMMONS

206 OVERLOOK ROAD

PHILADELPHIA, PA 19128-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    MICHELLE T SIMMONS

    206 OVERLOOK ROAD

    PHILADELPHIA, PA 19128-

**Counsel for debtor(s), by electronic notice only.**
    STEPHEN MATTHEW DUNNE
    1515 MARKET ST
    SUITE 1200
    PHILA, PA 19102-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

                                      /s/ William C. Miller

Date: 10/23/2019

                                      _____
                                      William C. Miller, Esquire
                                      Chapter 13 Standing Trustee