## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | **CHAPTER 13** |
| **MICHELLE SIMMONS** | : | |
| | : | |
| **DEBTOR** | : | |
| | : | **CASE NO:** **19-14692-MDC** |
| | : | |
| | : | |
| _____: | | |

### CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED, than on December 11, 2019, a true and correct copy

of the debtor's first amended chapter 13 plan was served upon all secured and priority

creditors, the Debtor by first-class mail, postage pre-paid. The Chapter 13 Trustee and US

Trustee received a copy by electronic service.

Respectfully submitted:

DUNNE LAW OFFICES. P.C.

Dated: December 11, 2019

By: /s/ *Stephen M. Dunne*
STEPHEN M. DUNNE. ESQUIRE
Attorney for Debtor
1515 Market Street, Suite 1200
Philadelphia, PA 19102
(215) 551-7109  Phone
(215) 525-9721 Fax