IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| MICHELLE T. SIMMONS | : | |
| DEBTOR | : | CASE NO:  19-14692-MDC |

## ORDER APPROVING COUNSEL FEE

AND NOW, this 25th day of March 2020, in consideration of the foregoing Application for APPROVAL of Counsel Fee it is

ORDERED and DECREED that a counsel fee in the amount of **$5,000.00** is approved and the balance due counsel in the amount of **$3,000.00** shall be disbursed for debtor by the Standing Chapter 13 Trustee.

BY THE COURT

Magdeline D. Coleman
CHIEF U.S. BANKRUPTCY JUDGE

cc:   Stephen M. Dunne, Esq.
      1515 Market Street, Suite 1200
      Philadelphia, PA 19102

      William C. Miller, Esq.
      Chapter 13 Trustee
      PO Box 40119
      Philadelphia, PA 19107

      Michelle T. Simmons
      206 Overlook Road
      Philadelphia, PA 19128