```
                        United States Bankruptcy Court
                        Eastern District of Pennsylvania
```

In re:                                                              Case No. 19-14692-mdc
Michelle T Simmons                                                  Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Lisa               Page 1 of 1              Date Rcvd: Mar 25, 2020
                              Form ID: pdf900          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 27, 2020.
db             +Michelle T Simmons,    206 Overlook Road,    Philadelphia, PA 19128-4522

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: gecsedi@recoverycorp.com Mar 26 2020 03:37:26      Synchrony Bank,
                c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                             TOTAL: 1

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 27, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 25, 2020 at the address(es) listed below:
              MARY F. KENNEDY    on behalf of Creditor    Citizens Bank, N.A. f/k/a RBS Citizens, N.A.
               mary@javardianlaw.com,    angie.harrigan@javardianlaw.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
              STEPHEN MATTHEW DUNNE    on behalf of Debtor Michelle T Simmons bestcasestephen@gmail.com,
               dunnesr74587@notify.bestcase.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                             TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| MICHELLE T. SIMMONS | : | |
| DEBTOR | : | CASE NO:   19-14692-MDC |

## ORDER APPROVING COUNSEL FEE

AND NOW, this  25th  day of  March  2020, in consideration of the foregoing Application for APPROVAL of Counsel Fee it is

ORDERED and DECREED that a counsel fee in the amount of **$5,000.00** is approved and the balance due counsel in the amount of **$3,000.00** shall be disbursed for debtor by the Standing Chapter 13 Trustee.

BY THE COURT

_Magdeline D. Coleman_

Magdeline D. Coleman
CHIEF U.S. BANKRUPTCY JUDGE

cc: Stephen M. Dunne, Esq.
1515 Market Street, Suite 1200
Philadelphia, PA 19102

William C. Miller, Esq.
Chapter 13 Trustee
PO Box 40119
Philadelphia, PA 19107

Michelle T. Simmons
206 Overlook Road
Philadelphia, PA 19128