IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: <br><br> MICHELLE T. SIMMONS, <br>       Debtor, <br><br> TOYOTA LEASE TRUST, <br>       Movant, <br><br>    v. <br><br> MICHELLE T. SIMMONS, <br> DANIEL EUGENE SIMMONS, and <br> WILLIAM C. MILLER, Trustee, <br>       Respondents. | Bankruptcy No. 19-14692-mdc <br><br> Chapter 13 <br><br> Document No. |

## CERTIFICATE OF SERVICE

I, the undersigned, certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, that on the 11th day of February, 2021, I served a copy of the Motion for Relief from Automatic Stay and Co-Debtor Stay and a copy of the Notice of Motion, Hearing Date and Response Deadline by first class U.S. Mail, postage prepaid or electronically via the court's CM/ECF system at the following addresses:

| | |
|---|---|
| Michelle T Simmons <br> 206 Overlook Road <br> Philadelphia, PA 19128 | Stephen Matthew Dunne <br> Dunne Law Offices, P.C. <br> 1515 Market Street, Suite 1200 <br> Philadelphia, PA 19102 <br> bestcasestephen@gmail.com |

| William C. Miller, Esq.<br>Chapter 13 Trustee<br>P.O. Box 1229<br>Philadelphia, PA 19105<br>ecfemails@ph13trustee.com | Office of the U.S. Trustee<br>200 Chestnut Street<br>Suite 502<br>Philadelphia, PA 19106<br>ustpregion03.ph.ecf@usdoj.gov |
|---|---|

                                            Respectfully submitted,

                                            BERNSTEIN-BURKLEY, P.C.

                                            By: /s/*Keri P. Ebeck*
                                            Keri P. Ebeck, Esq.
                                            PA I.D. # 91298
                                            kebeck@bernsteinlaw.com
                                            707 Grant Street
                                            Suite 2200, Gulf Tower
                                            Pittsburgh, PA 15219
                                            Phone - (412) 456-8112
                                            Fax - (412) 456-8135

                                            Counsel for Toyota Lease Trust

Dated: February 11, 2021