IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: <br><br> MICHELLE T. SIMMONS, <br> Debtor, <br><br> TOYOTA LEASE TRUST, <br> Movant, <br><br> v. <br><br> MICHELLE T. SIMMONS, <br> DANIEL EUGENE SIMMONS, and <br> WILLIAM C. MILLER, Trustee, <br> Respondents. | Bankruptcy No. 19-14692-mdc <br><br> Chapter 13 <br><br> Document No. |

## ORDER OF COURT

AND NOW, this 23rd day of _____March_____, 2021, upon consideration of the foregoing Motion for Relief from the Automatic Stay and Co-Debtor Stay, it is hereby ORDERED, ADJUDGED AND DECREED, that relief from the automatic stay pursuant to 11 U.S.C. § 362 is granted as to the interest of Toyota Lease Trust, in the 2017 Lexus RX350, VIN# 2T2BZMCA7HC081084.

Movant is further granted relief from the co-debtor stay pursuant 11 U.S.C. § 1301 (c) to recover from Co-Debtor, Daniel Eugene Simmons, any amounts that remain due and owing pursuant to the underlying Retail Installment Contract and Security Agreement subsequent to the sale of the collateral.

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge