United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-14692-mdc |
| Michelle T Simmons | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 23, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 25, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Michelle T Simmons, 206 Overlook Road, Philadelphia, PA 19128-4522 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 25, 2021         Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 23, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| KERI P EBECK | on behalf of Creditor Toyota Lease Trust kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| MARY F. KENNEDY | on behalf of Creditor Citizens Bank  N.A. f/k/a RBS Citizens, N.A. mary@javardianlaw.com, coleen@javardianlaw.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Toyota Lease Trust bkgroup@kmllawgroup.com |
| STEPHEN MATTHEW DUNNE | on behalf of Debtor Michelle T Simmons bestcasestephen@gmail.com  dunnesr74587@notify.bestcase.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com  philaecf@gmail.com |

District/off: 0313-2     User: admin     Page 2 of 2
Date Rcvd: Mar 23, 2021     Form ID: pdf900     Total Noticed: 1
TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>MICHELLE T. SIMMONS,<br>　　　　Debtor,<br><br>TOYOTA LEASE TRUST,<br>　　　　Movant,<br><br>　　　v.<br><br>MICHELLE T. SIMMONS,<br>DANIEL EUGENE SIMMONS, and<br>WILLIAM C. MILLER, Trustee,<br>　　　　Respondents. | Bankruptcy No. 19-14692-mdc<br><br>Chapter 13<br><br>Document No. |

ORDER OF COURT

AND NOW, this 23rd day of _____March_____, 2021, upon consideration of the foregoing Motion for Relief from the Automatic Stay and Co-Debtor Stay, it is hereby ORDERED, ADJUDGED AND DECREED, that relief from the automatic stay pursuant to 11 U.S.C. § 362 is granted as to the interest of Toyota Lease Trust, in the 2017 Lexus RX350, VIN# 2T2BZMCA7HC081084.

Movant is further granted relief from the co-debtor stay pursuant 11 U.S.C. § 1301 (c) to recover from Co-Debtor, Daniel Eugene Simmons, any amounts that remain due and owing pursuant to the underlying Retail Installment Contract and Security Agreement subsequent to the sale of the collateral.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Magdeline D. Coleman
　　　　　　　　　　　　　　　　　　　　　　　　Chief U.S. Bankruptcy Judge