# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 19-14692 |
| MICHELLE SIMMONS, ) | |
| ) | CHAPTER 13 |
| DEBTOR. ) | |
| ) | |
| TOYOTA LEASE TRUST, ) | |
| MOVANT. ) | |
| ) | |
| VS. ) | |
| ) | |
| MICHELLE SIMMONS, ) | |
| ) | |
| RESPONDENT. ) | |
| ) | |

## NOTICE OF MOTION, RESPONSE DEADLINE
## AND HEARING DATE

Toyota Lease Trust has filed a MOTION OF TOYOTA LEASE TRUST TO ALLOW AND PAY CLAIM 4-2 with the court.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before 9/23/2021 you or your attorney must do all of the following:

   (a) file an answer explaining your position at

   United States Bankruptcy Court
   Eastern District of Pennsylvania
   Robert N.C. Nix, Sr. Federal Courthouse
   900 Market Street, Suite 400
   Philadelphia, PA 19107

   If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b) mail a copy to the movant's attorney:

        Natalie M. McGhee (PA Bar #85816)
        Becket & Lee LLP
        P.O. Box 3001
        Malvern, PA 19355
        Telephone: (610) 644-7800
        Facsimile: (610) 993-8493
        Email: nmcghee@becket-lee.com

    2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

    3. A hearing on the motion is scheduled to be held before the Honorable Magdeline D. Coleman on 09/28/2021, at 10:30 a.m. in Courtroom 202, United States Bankruptcy Court, Robert N.C. Nix Sr. Federal Courthouse, 900 Market Street, Suite 202, Philadelphia, PA 19107. Unless the court orders otherwise, the hearing on this contested matter will be an evidentiary hearing at which witnesses may testify with respect to disputed material factual issues in the manner directed by Fed. R. Bankr. P. 9014(d).

    4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

    5. You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been canceled because no one filed an answer.

Date: <u>September 2, 2021</u>