**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 19-14692 |
| MICHELLE SIMMONS, ) | |
| ) | CHAPTER 13 |
| DEBTOR. ) | |
| _____ ) | |
| TOYOTA LEASE TRUST, ) | |
| ) | |
| MOVANT. ) | |
| ) | |
| VS. ) | |
| ) | |
| MICHELLE SIMMONS, ) | |
| ) | |
| RESPONDENT. ) | |

**AGREED ORDER GRANTING MOTION OF TOYOTA LEASE TRUST TO ALLOW AND PAY CLAIM 4-2 AS TIMELY**

This cause came for consideration upon the Motion of Toyota Lease Trust to Allow and Pay Claim 4-2. The Court has considered the underlying facts together with the record, and finds that:

Toyota's claim should be allowed and paid as timely.

Accordingly, it is

ORDERED, ADJUDGED AND DECREED that the Motion to Allow and Pay Claim 4-2 is hereby GRANTED. It is further

ORDERED, ADJUDGED AND DECREED that Claim 4-2 is allowed for payment as a timely filed general unsecured claim.

DONE AND ORDERED at Philadelphia, Pennsylvania on _____

Date: _____       _____
                                                      MAGDELINE D. COLEMAN
                                                      UNITED STATES BANKRUPTCY JUDGE

<u>Agreed to by</u>:

Stephen Matthew Dunne
Dunne Law Offices, P.C.
1515 Market Street
Suite 1200
Philadelphia, PA 19102

Natalie M. McGhee, Esquire
BECKET & LEE LLP
16 General Warren Boulevard
Malvern, PA 19355