United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-14692-mdc |
| Michelle T Simmons | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 15, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 17, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Michelle T Simmons, 206 Overlook Road, Philadelphia, PA 19128-4522 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 17, 2021           Signature:           /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 15, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| KERI P EBECK | on behalf of Creditor Toyota Lease Trust kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| MARY F. KENNEDY | on behalf of Creditor Citizens Bank  N.A. f/k/a RBS Citizens, N.A. mary@javardianlaw.com, coleen@javardianlaw.com |
| NATALIE M. MCGHEE | on behalf of Creditor Toyota Lease Trust nmcghee@becket-lee.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Toyota Lease Trust bkgroup@kmllawgroup.com |
| STEPHEN MATTHEW DUNNE | on behalf of Debtor Michelle T Simmons bestcasestephen@gmail.com dunnesr74587@notify.bestcase.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Sep 15, 2021 | Form ID: pdf900 | Total Noticed: 1 |

WILLIAM C. MILLER, Esq.
                ecfemails@ph13trustee.com   philaecf@gmail.com

TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 19-14692 |
| MICHELLE SIMMONS, ) | |
| ) | CHAPTER 13 |
| DEBTOR. ) | |
| ) | |
| TOYOTA LEASE TRUST, ) | |
| ) | |
| MOVANT. ) | |
| ) | |
| VS. ) | |
| ) | |
| MICHELLE SIMMONS, ) | |
| ) | |
| RESPONDENT. ) | |
| ) | |

### AGREED ORDER GRANTING MOTION OF TOYOTA LEASE TRUST TO ALLOW AND PAY CLAIM 4-2 AS TIMELY

This cause came for consideration upon the Motion of Toyota Lease Trust to Allow and Pay Claim 4-2. The Court has considered the underlying facts together with the record, and finds that:

Toyota's claim should be allowed and paid as timely.

Accordingly, it is

ORDERED, ADJUDGED AND DECREED that the Motion to Allow and Pay Claim 4-2 is hereby GRANTED. It is further

ORDERED, ADJUDGED AND DECREED that Claim 4-2 is allowed for payment as a timely filed general unsecured claim.

DONE AND ORDERED at Philadelphia, Pennsylvania.

Date: September 15, 2021

MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE

<u>Agreed to by</u>:

Stephen Matthew Dunne
Dunne Law Offices, P.C.
1515 Market Street
Suite 1200
Philadelphia, PA 19102

Natalie M. McGhee, Esquire
BECKET & LEE LLP
16 General Warren Boulevard
Malvern, PA 19355