United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-14692-amc |
| Michelle T Simmons | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 7 |
| Date Rcvd: Aug 13, 2024 | Form ID: 138OBJ | Total Noticed: 112 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 15, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michelle T Simmons, 206 Overlook Road, Philadelphia, PA 19128-4522 |
| 14363732 | ++ | CCO MORTGAGE CORP, 10561 TELEGRAPH RD, GLEN ALLEN VA 23059-4577 address filed with court:, CCO MORTGAGE CORP., ATTN: BANKRUPTCY, 10561 TELEGRAPH RD, GLEN ALLEN, VA 23059 |
| 14363754 | + | Daniel Simmons, 206 Overlook Road, Philadelphia, PA 19128-4522 |
| 14464929 | + | Dunne Law Offices, P.C., 1515 Market Street, Suite 1200, Philadelphia, PA 19102-1932 |
| 14363765 | + | FEDLOAN SERVICING, ATTN: BANKRUPTCY, PO BOX 69184, HARRISBURG, PA 17106-9184 |
| 14363768 | + | FEDLOAN SERVICING, POB 60610, HARRISBURG, PA 17106-0610 |
| 14363771 | + | Frederic I. Weinberg, Esq., 375 E. Elm Street, Suite 210, Conshohocken, PA 19428-1973 |
| 14363774 | + | Jonathan P. Cawley, 3220 Tillman Drive, Suite 215, Bensalem, PA 19020-2028 |
| 14363777 | + | Laura Knox, 2139 Stenton Avenue, Philadelphia, PA 19138-2509 |
| 14363783 | + | NATIONWIDE BANK, ATTN: BANKRUPTCY DEPT, PO BOX 9215, OLD BETHPAGE, NY 11804-9015 |
| 14363782 | + | Nash Boone, 3220 Tillman Drive, Suite 215, Bensalem, PA 19020-2028 |
| 14363799 | + | PRIMEWAY FCU, PO BOX 790084, SAINT LOUIS, MO 63179-0084 |
| 14363787 | | Philadelphia Court of Common Pleas, Philadelphia City Hall, Philadelphia, PA 19107 |
| 14363796 | + | Philadelphia Municipal Court, 1339 Chestnut Street, 10th Floor, Philadelphia, PA 19107-3519 |
| 14378517 | + | Toyota Lease Trust, C/O REBECCA ANN SOLARZ, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Aug 14 2024 00:04:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 14 2024 00:04:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14363709 | + | Email/Text: bncnotifications@pheaa.org | Aug 14 2024 00:04:00 | AES/CHASE BANK, POB 61047, HARRISBURG, PA 17106-1047 |
| 14363708 | + | Email/Text: bncnotifications@pheaa.org | Aug 14 2024 00:04:00 | AES/CHASE BANK, ATTN: BANKRUPTCY, PO BOX 2461, HARRISBURG, PA 17105-2461 |
| 14363710 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Aug 14 2024 00:04:00 | AMERICREDIT/GM FINANCIAL, ATTN: BANKRUPTCY, PO BOX 183853, ARLINGTON, TX 76096-3853 |
| 14363711 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Aug 14 2024 00:04:00 | AMERICREDIT/GM FINANCIAL, PO BOX 181145, ARLINGTON, TX 76096-1145 |
| 14363712 | + | Email/PDF: bncnotices@becket-lee.com | Aug 14 2024 00:18:25 | AMEX, CORRESPONDENCE/BANKRUPTCY, PO BOX 981540, EL PASO, TX 79998-1540 |
| 14363713 | + | Email/PDF: bncnotices@becket-lee.com | Aug 14 2024 00:20:05 | AMEX, PO BOX 297871, FORT LAUDERDALE, FL 33329-7871 |
| 14392943 | | Email/PDF: bncnotices@becket-lee.com | | |

Case 19-14692-amc    Doc 65    Filed 08/15/24    Entered 08/16/24 00:14:45    Desc Imaged
Certificate of Notice    Page 2 of 8

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 7 |
| Date Rcvd: Aug 13, 2024 | Form ID: 138OBJ | Total Noticed: 112 |

| | | | | |
|---|---|---|---|---|
| | | | Aug 14 2024 00:19:54 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14363716 | + | Email/Text: creditcardbkcorrespondence@bofa.com | | |
| | | | Aug 14 2024 00:04:00 | BANK OF AMERICA, PO BOX 982238, EL PASO, TX 79998-2238 |
| 14363714 | + | Email/Text: creditcardbkcorrespondence@bofa.com | | |
| | | | Aug 14 2024 00:04:00 | BANK OF AMERICA, 4909 SAVARESE CIRCLE, FL1-908-01-50, TAMPA, FL 33634-2413 |
| 14363719 | + | Email/Text: BarclaysBankDelaware@tsico.com | | |
| | | | Aug 14 2024 00:04:00 | BARCLAYS BANK DELAWARE, ATTN: CORRESPONDENCE, PO BOX 8801, WILMINGTON, DE 19899-8801 |
| 14363721 | + | Email/Text: BarclaysBankDelaware@tsico.com | | |
| | | | Aug 14 2024 00:04:00 | BARCLAYS BANK DELAWARE, PO BOX 8803, WILMINGTON, DE 19899-8803 |
| 14363718 | + | Email/Text: creditcardbkcorrespondence@bofa.com | | |
| | | | Aug 14 2024 00:04:00 | Bank of America, 655 Papermill Road, Newark, DE 19711-7500 |
| 14383234 | + | Email/Text: mortgagebkcorrespondence@bofa.com | | |
| | | | Aug 14 2024 00:04:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14363722 | + | Email/Text: BarclaysBankDelaware@tsico.com | | |
| | | | Aug 14 2024 00:04:00 | Barclays Bank Delaware, 125 S. West Street, Wilmington, DE 19801-5014 |
| 14363725 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
| | | | Aug 14 2024 00:19:40 | CAP1/DBARN, PO BOX 30258, SALT LAKE CITY, UT 84130-0258 |
| 14363724 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
| | | | Aug 14 2024 00:19:50 | CAP1/DBARN, CAPITAL ONE RETAIL SRVS/ATTN: BANKRUPTCY, PO BOX 30258, SALT LAKE CITY, UT 84130-0258 |
| 14363726 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
| | | | Aug 14 2024 00:20:52 | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 14363730 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
| | | | Aug 14 2024 00:19:41 | CAPITAL ONE, PO BOX 30253, SALT LAKE CITY, UT 84130-0253 |
| 14363729 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
| | | | Aug 14 2024 00:19:38 | CAPITAL ONE, 15000 CAPITAL ONE DR, RICHMOND, VA 23238 |
| 14363733 | ^ | MEBN | | |
| | | | Aug 14 2024 00:00:19 | CCO MORTGAGE CORP., PO BOX 6260, GLEN ALLEN, VA 23058-6260 |
| 14363739 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Aug 14 2024 00:19:47 | CITI/SEARS, PO BOX 6217, SIOUX FALLS, SD 57117-6217 |
| 14363738 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Aug 14 2024 00:20:06 | CITI/SEARS, CITIBANK/CENTRALIZED BANKRUPTCY, PO BOX 790034, ST LOUIS, MO 63179-0034 |
| 14363742 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Aug 14 2024 00:19:46 | CITIBANK, PO BOX 6217, SIOUX FALLS, SD 57117-6217 |
| 14363740 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Aug 14 2024 00:19:50 | CITIBANK, ATTN: RECOVERY/CENTRALIZED BANKRUPTCY, PO BOX 790034, ST LOUIS, MO 63179-0034 |
| 14363745 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Aug 14 2024 00:19:51 | CITIBANK NORTH AMERICA, PO BOX 6497, SIOUX FALLS, SD 57117-6497 |
| 14363744 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Aug 14 2024 00:18:08 | CITIBANK NORTH AMERICA, CITIBANK CORP/CENTRALIZED BANKRUPTCY, PO BOX 790034, ST LOUIS, MO 63179-0034 |
| 14363746 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Aug 14 2024 00:19:50 | CITIBANK/BEST BUY, ATTN: BANKRUPTCY, PO BOX 790441, ST. LOUIS, MO 63179-0441 |
| 14363747 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Aug 14 2024 00:19:44 | CITIBANK/BEST BUY, PO BOX 6497, SIOUX FALLS, SD 57117-6497 |
| 14432509 | | Email/Text: megan.harper@phila.gov | | |
| | | | Aug 14 2024 00:04:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy |

Case 19-14692-amc    Doc 65    Filed 08/15/24    Entered 08/16/24 00:14:45    Desc Imaged
Certificate of Notice    Page 3 of 8

| District/off: 0313-2 | User: admin | Page 3 of 7 |
|---|---|---|
| Date Rcvd: Aug 13, 2024 | Form ID: 138OBJ | Total Noticed: 112 |

| Recipient ID | | Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14363748 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 14 2024 00:04:00 | | COMENITY BANK/EXPRESS, ATTN: BANKRUPTCY, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 14363749 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 14 2024 00:04:00 | | COMENITY BANK/EXPRESS, PO BOX 182789, COLUMBUS, OH 43218-2789 |
| 14363751 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 14 2024 00:04:00 | | COMENITY BANK/LANE BRYANT, 450 WINKS LANE, BENSALEM, PA 19020-5932 |
| 14363750 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 14 2024 00:04:00 | | COMENITY BANK/LANE BRYANT, ATTN: BANKRUPTCY, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 14363752 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 14 2024 00:04:00 | | COMENITY BKL/ULTA, ATTN: BANKRUPTCY DEPT, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 14363753 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 14 2024 00:04:00 | | COMENITY BKL/ULTA, PO BOX 182120, COLUMBUS, OH 43218-2120 |
| 14373308 | + | Email/PDF: ebn_ais@aisinfo.com Aug 14 2024 00:18:34 | | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14397560 | | Email/PDF: Citi.BNC.Correspondence@citi.com Aug 14 2024 00:21:01 | | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14370418 | ^ | MEBN Aug 14 2024 00:00:04 | | Citizens Bank, N.A. f/k/a RBS Citizens, N.A., 10561 Telegraph Road, Glen Allen, VA 23059-4577 |
| 14363756 | | Email/PDF: DellBKNotifications@resurgent.com Aug 14 2024 00:18:17 | | DELL FINANCIAL SERVICES LLC, ATTN: PRESIDENT/CEO, PO BOX 81577, AUSTIN, TX 78708 |
| 14363757 | + | Email/PDF: DellBKNotifications@resurgent.com Aug 14 2024 00:20:57 | | DELL FINANCIAL SERVICES LLC, PO BOX 81607, AUSTIN, TX 78708-1607 |
| 14363761 | | Email/Text: mrdiscen@discover.com Aug 14 2024 00:04:00 | | DISCOVER FINANCIAL, ATTN: BANKRUPTCY DEPARTMENT, PO BOX 15316, WILMINGTON, DE 19850 |
| 14363762 | | Email/Text: mrdiscen@discover.com Aug 14 2024 00:04:00 | | DISCOVER FINANCIAL, PO BOX 15316, WILMINGTON, DE 19850 |
| 14363760 | | Email/Text: mrdiscen@discover.com Aug 14 2024 00:04:00 | | Discover Bank, 6500 New Albany Road, New Albany, OH 43054 |
| 14363758 | | Email/PDF: Citi.BNC.Correspondence@citi.com Aug 14 2024 00:18:25 | | DEPTARTMENT STORE NATIONAL BANK/MACY'S, ATTN: BANKRUPTCY, 9111 DUKE BOULEVARD, MASON, OH 45040 |
| 14363759 | | Email/PDF: Citi.BNC.Correspondence@citi.com Aug 14 2024 00:19:49 | | DEPTARTMENT STORE NATIONAL BANK/MACY'S, PO BOX 8218, MASON, OH 45040 |
| 14367656 | | Email/Text: mrdiscen@discover.com Aug 14 2024 00:04:00 | | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14363763 | + | Email/Text: EB_CollectionsRecoveryTeam@Regions.com Aug 14 2024 00:04:00 | | ENERBANKUSA, ATTN: BANKRUPTCY, 1245 BRICKYARD RD STE 600, SALT LAKE CITY, UT 84106-2562 |
| 14363764 | + | Email/Text: EB_CollectionsRecoveryTeam@Regions.com Aug 14 2024 00:04:00 | | ENERBANKUSA, 1245 E BRICKYARD RD STE, SALT LAKE CITY, UT 84106-2559 |
| 14363771 | + | Email/Text: contact@fiwlaw.com Aug 14 2024 00:04:00 | | Frederic I. Weinberg, Esq., 375 E. Elm Street, Suite 210, Conshohocken, PA 19428-1973 |
| 14363773 | | Email/Text: sbse.cio.bnc.mail@irs.gov Aug 14 2024 00:04:00 | | INTERNAL REVENUE SERVICE (P), CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 14363734 | | Email/PDF: ais.chase.ebn@aisinfo.com Aug 14 2024 00:21:18 | | CHASE CARD SERVICES, ATTN: |

| ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14363736 | | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 14 2024 00:18:02 | BANKRUPTCY, PO BOX 15298, WILMINGTON, DE 19850 |
| | | | | CHASE CARD SERVICES, PO BOX 15298, WILMINGTON, DE 19850 |
| 14373860 | + | Email/Text: RASEBN@raslg.com | Aug 14 2024 00:04:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14363775 | + | Email/Text: PBNCNotifications@peritusservices.com | Aug 14 2024 00:04:00 | KOHLS/CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 14363776 | + | Email/Text: PBNCNotifications@peritusservices.com | Aug 14 2024 00:04:00 | KOHLS/CAPITAL ONE, PO BOX 3115, MILWAUKEE, WI 53201-3115 |
| 14363778 | + | Email/Text: Documentfiling@lciinc.com | Aug 14 2024 00:04:00 | LENDINGCLUB, ATTN: BANKRUPTCY, 71 STEVENSON ST, STE 1000, SAN FRANCISCO, CA 94105-2967 |
| 14363779 | + | Email/Text: Documentfiling@lciinc.com | Aug 14 2024 00:04:00 | LENDINGCLUB, 71 STEVENSON ST STE 300, SAN FRANCISCO, CA 94105-2985 |
| 14372858 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 14 2024 00:18:47 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14363781 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 14 2024 00:19:38 | MERRICK BANK/CARDWORKS, PO BOX 9201, OLD BETHPAGE, NY 11804-9001 |
| 14363780 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 14 2024 00:18:09 | MERRICK BANK/CARDWORKS, ATTN: BANKRUPTCY, PO BOX 9201, OLD BETHPAGE, NY 11804-9001 |
| 14390038 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 14 2024 00:04:00 | Midland Funding LLC, PO Box 2037, Warren, MI 48090-2037 |
| 14363784 | ^ | MEBN | Aug 14 2024 00:00:04 | NATIONWIDE BANK, 1 NATIONWIDE PLAZA, COLUMBUS, OH 43215-2239 |
| 14363785 | + | Email/PDF: cbp@omf.com | Aug 14 2024 00:21:01 | ONEMAIN FINANCIAL, ATTN: BANKRUPTCY, PO BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14363786 | + | Email/PDF: cbp@omf.com | Aug 14 2024 00:19:49 | ONEMAIN FINANCIAL, PO BOX 1010, EVANSVILLE, IN 47706-1010 |
| 14363788 | + | Email/Text: CollectionsDept@PFCU.COM | Aug 14 2024 00:04:00 | PHILADELPHIA FCU, ATTN: BANKRUPTCY, 12800 TOWNSEND RD, PHILADELPHIA, PA 19154-1095 |
| 14363792 | + | Email/Text: CollectionsDept@PFCU.COM | Aug 14 2024 00:04:00 | PHILADELPHIA FCU, 12800 TOWNSEND RD, PHILADELPHIA, PA 19154-1095 |
| 14397661 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 14 2024 00:19:41 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14363798 | + | Email/Text: collections1@primewayfcu.com | Aug 14 2024 00:05:00 | PRIMEWAY FCU, ATTN: BANKRUPTCY, PO BOX 53088, HOUSTON, TX 77052-3088 |
| 14374021 | ^ | MEBN | Aug 14 2024 00:00:09 | Philadelphia Gas Works, 800 W Montgomery Avenue, Philadelphia Pa 19122-2898, Attn: Bankruptcy Dept 3F |
| 14395910 | | Email/Text: bnc-quantum@quantum3group.com | Aug 14 2024 00:04:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14363800 | + | Email/Text: enotifications@santanderconsumerusa.com | Aug 14 2024 00:04:00 | SANTANDER CONSUMER USA, ATTN: BANKRUPTCY, PO BOX 961245, FORT WORTH, TX 76161-0244 |
| 14363801 | + | Email/Text: enotifications@santanderconsumerusa.com | Aug 14 2024 00:04:00 | SANTANDER CONSUMER USA, PO BOX 961245, FORT WORTH, TX 76161-0244 |
| 14363805 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 14 2024 00:18:47 | SYNCHRONY BANK, C/O PO BOX 965036, |

Case 19-14692-amc    Doc 65    Filed 08/15/24    Entered 08/16/24 00:14:45    Desc Imaged
                              Certificate of Notice    Page 5 of 8

| District/off: 0313-2 | User: admin | Page 5 of 7 |
|---|---|---|
| Date Rcvd: Aug 13, 2024 | Form ID: 138OBJ | Total Noticed: 112 |

| Recipient | Method | Date/Time | Address |
|---|---|---|---|
| | | | ORLANDO, FL 32896-0001 |
| 14363804 | + Email/PDF: ais.sync.ebn@aisinfo.com | Aug 14 2024 00:18:40 | SYNCHRONY BANK, ATTN: BANKRUPTCY DEPT, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 14363806 | + Email/PDF: ais.sync.ebn@aisinfo.com | Aug 14 2024 00:19:35 | SYNCHRONY BANK/ JC PENNEYS, ATTN: BANKRUPTCY, PO BOX 956060, ORLANDO, FL 32896-0001 |
| 14363807 | + Email/PDF: ais.sync.ebn@aisinfo.com | Aug 14 2024 00:18:26 | SYNCHRONY BANK/ JC PENNEYS, PO BOX 965007, ORLANDO, FL 32896-5007 |
| 14363808 | + Email/PDF: ais.sync.ebn@aisinfo.com | Aug 14 2024 00:19:36 | SYNCHRONY BANK/ OLD NAVY, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 14363809 | + Email/PDF: ais.sync.ebn@aisinfo.com | Aug 14 2024 00:21:00 | SYNCHRONY BANK/ OLD NAVY, PO BOX 965005, ORLANDO, FL 32896-5005 |
| 14363810 | + Email/PDF: ais.sync.ebn@aisinfo.com | Aug 14 2024 00:19:37 | SYNCHRONY BANK/LOWES, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 14363811 | + Email/PDF: ais.sync.ebn@aisinfo.com | Aug 14 2024 00:19:41 | SYNCHRONY BANK/LOWES, PO BOX 956005, ORLANDO, FL 32896-0001 |
| 14363812 | + Email/PDF: ais.sync.ebn@aisinfo.com | Aug 14 2024 00:18:17 | SYNCHRONY BANK/OLD NAVY, ATTN: BANKRUPTCY DEPT, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 14363851 | + Email/PDF: ebn_ais@aisinfo.com | Aug 14 2024 00:18:47 | Synchrony Bank, AIS InfoSource, LP, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14363815 | + Email/Text: bncmail@w-legal.com | Aug 14 2024 00:04:00 | TARGET, PO BOX 673, MINNEAPOLIS, MN 55440-0673 |
| 14363814 | + Email/Text: bncmail@w-legal.com | Aug 14 2024 00:04:00 | TARGET, ATTN: BANKRUPTCY, PO BOX 9475, MINNEAPOLIS, MN 55440-9475 |
| 14400733 | + Email/Text: bncmail@w-legal.com | Aug 14 2024 00:04:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14363816 | + Email/Text: TFS_Agency_Bankruptcy@toyota.com | Aug 14 2024 00:04:00 | TOYOTA FINANCIAL SERVICES, ATTY: BANKRUPTCY DEPT, PO BOX 8026, CEDAR RAPIDS, IA 52408-8026 |
| 14363817 | + Email/Text: TFS_Agency_Bankruptcy@toyota.com | Aug 14 2024 00:04:00 | TOYOTA FINANCIAL SERVICES, 4 GATEHALL DR, PARSIPPANY, NJ 07054-4511 |
| 14372126 | + Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Aug 14 2024 00:04:00 | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14608467 | Email/PDF: bncnotices@becket-lee.com | Aug 14 2024 00:21:16 | Toyota Lease Trust, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14374143 | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Aug 14 2024 00:04:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, St. Louis MO 63166-0108 |
| 14363821 | + Email/Text: EDBKNotices@ecmc.org | Aug 14 2024 00:04:00 | US DEPT OF EDUCATION, PO BOX 5609, GREENVILLE, TX 75403-5609 |
| 14363819 | + Email/Text: EDBKNotices@ecmc.org | Aug 14 2024 00:04:00 | US DEPT OF EDUCATION, ATTN: BANKRUPTCY, PO BOX 16448, SAINT PAUL, MN 55116-0448 |
| 14363824 | + Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Aug 14 2024 00:20:54 | WELLS FARGO DEALER SERVICES, PO BOX 10709, RALEIGH, NC 27605-0709 |
| 14363823 | + Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Aug 14 2024 00:18:47 | WELLS FARGO DEALER SERVICES, ATTN: BANKRUPTCY, PO BOX 19657, IRVINE, CA 92623-9657 |
| 14363826 | Email/Text: bankruptcydept@wyn.com | | |

| District/off: 0313-2 | User: admin | Page 6 of 7 |
|---|---|---|
| Date Rcvd: Aug 13, 2024 | Form ID: 138OBJ | Total Noticed: 112 |

| | | | Aug 14 2024 00:04:00 | WYNDHAM VACATION OWNERSHIP, 10750 W CHARLESTON BLVD, LAS VEGAS, NV 89135 |
|---|---|---|---|---|
| 14363825 | | Email/Text: bankruptcydept@wyn.com | | |
| | | | Aug 14 2024 00:04:00 | WYNDHAM VACATION OWNERSHIP, ATTN: BANKRUPTCY, PO BOX 98940, LAS VEGAS, NV 89193 |

TOTAL: 98

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14363717 | *+ | BANK OF AMERICA, PO BOX 982238, EL PASO, TX 79998-2238 |
| 14363715 | *+ | BANK OF AMERICA, 4909 SAVARESE CIRCLE, FL1-908-01-50, TAMPA, FL 33634-2413 |
| 14363720 | *+ | BARCLAYS BANK DELAWARE, ATTN: CORRESPONDENCE, PO BOX 8801, WILMINGTON, DE 19899-8801 |
| 14363723 | *+ | BARCLAYS BANK DELAWARE, PO BOX 8803, WILMINGTON, DE 19899-8803 |
| 14363727 | *+ | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 14363728 | *+ | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 14363731 | *+ | CAPITAL ONE, PO BOX 30253, SALT LAKE CITY, UT 84130-0253 |
| 14363743 | *+ | CITIBANK, PO BOX 6217, SIOUX FALLS, SD 57117-6217 |
| 14363741 | *+ | CITIBANK, ATTN: RECOVERY/CENTRALIZED BANKRUPTCY, PO BOX 790034, ST LOUIS, MO 63179-0034 |
| 14363755 | *+ | Daniel Simmons, 206 Overlook Road, Philadelphia, PA 19128-4522 |
| 14363766 | *+ | FEDLOAN SERVICING, ATTN: BANKRUPTCY, PO BOX 69184, HARRISBURG, PA 17106-9184 |
| 14363767 | *+ | FEDLOAN SERVICING, ATTN: BANKRUPTCY, PO BOX 69184, HARRISBURG, PA 17106-9184 |
| 14363769 | *+ | FEDLOAN SERVICING, POB 60610, HARRISBURG, PA 17106-0610 |
| 14363770 | *+ | FEDLOAN SERVICING, POB 60610, HARRISBURG, PA 17106-0610 |
| 14363772 | *+ | Frederic I. Weinberg, Esq., 375 E. Elm Street, Suite 210, Conshohocken, PA 19428-1973 |
| 14363735 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, CHASE CARD SERVICES, ATTN: BANKRUPTCY, PO BOX 15298, WILMINGTON, DE 19850 |
| 14363737 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, CHASE CARD SERVICES, PO BOX 15298, WILMINGTON, DE 19850 |
| 14363791 | *+ | PHILADELPHIA FCU, ATTN: BANKRUPTCY, 12800 TOWNSEND RD, PHILADELPHIA, PA 19154-1095 |
| 14363789 | *+ | PHILADELPHIA FCU, ATTN: BANKRUPTCY, 12800 TOWNSEND RD, PHILADELPHIA, PA 19154-1095 |
| 14363790 | *+ | PHILADELPHIA FCU, ATTN: BANKRUPTCY, 12800 TOWNSEND RD, PHILADELPHIA, PA 19154-1095 |
| 14363793 | *+ | PHILADELPHIA FCU, 12800 TOWNSEND RD, PHILADELPHIA, PA 19154-1095 |
| 14363794 | *+ | PHILADELPHIA FCU, 12800 TOWNSEND RD, PHILADELPHIA, PA 19154-1095 |
| 14363795 | *+ | PHILADELPHIA FCU, 12800 TOWNSEND RD, PHILADELPHIA, PA 19154-1095 |
| 14363797 | *+ | Philadelphia Municipal Court, 1339 Chestnut Street, 10th Floor, Philadelphia, PA 19107-3519 |
| 14363802 | *+ | SANTANDER CONSUMER USA INC., ATTN: BANKRUPTCY, PO BOX 961245, FORT WORTH, TX 76161-0244 |
| 14363803 | *+ | SANTANDER CONSUMER USA INC., PO BOX 961245, FORT WORTH, TX 76161-0244 |
| 14363813 | *+ | SYNCHRONY BANK/OLD NAVY, PO BOX 965005, ORLANDO, FL 32896-5005 |
| 14398933 | *+ | Synchrony Bank, AIS InfoSource, LP, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14363818 | *+ | TOYOTA FINANCIAL SERVICES, ATTY: BANKRUPTCY DEPT, PO BOX 8026, CEDAR RAPIDS, IA 52408-8026 |
| 14363822 | *+ | US DEPT OF EDUCATION, PO BOX 5609, GREENVILLE, TX 75403-5609 |
| 14363820 | *+ | US DEPT OF EDUCATION, ATTN: BANKRUPTCY, PO BOX 16448, SAINT PAUL, MN 55116-0448 |

TOTAL: 0 Undeliverable, 31 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2024                    Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 13, 2024 at the address(es) listed below:**

| **Name** | **Email Address** |
| --- | --- |

DENISE ELIZABETH CARLON
    on behalf of Creditor Toyota Lease Trust bkgroup@kmllawgroup.com

KENNETH E. WEST
    ecfemails@ph13trustee.com philaecf@gmail.com

KERI P EBECK
    on behalf of Creditor Toyota Lease Trust kebeck@bernsteinlaw.com
    btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

MARY F. KENNEDY
    on behalf of Creditor Citizens Bank N.A. f/k/a RBS Citizens, N.A. mary@javardianlaw.com,
    tami@javardianlaw.com;angie.harrigan@javardianlaw.com

NATALIE M. MCGHEE
    on behalf of Creditor Toyota Lease Trust nmcghee@becket-lee.com

STEPHEN MATTHEW DUNNE
    on behalf of Debtor Michelle T Simmons DunneLawOfficesPC@jubileebk.net bestcasestephen@gmail.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 7

*Form 138OBJ* (6/24)–doc 64 – 62

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
|   Michelle T Simmons ) | Case No. 19−14692−amc |
|   aka Michelle T Knox ) | |
| ) | |
|   Debtor(s). ) | Chapter: 13 |
| ) | |
| ) | |

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

> Eastern District of Pennsylvania
> 900 Market Street
> Suite 400
> Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: August 13, 2024

For The Court

Timothy B. McGrath
Clerk of Court