**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

In re:

    MICHELLE T SIMMONS

        Debtor(s)

Case No. 19-14692-AMC

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Kenneth E. West, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 07/27/2019.

2) The plan was confirmed on 01/16/2020.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was completed on 07/25/2024.

6) Number of months from filing or conversion to last payment: 60.

7) Number of months case was pending: 64.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $29,984.00.

10) Amount of unsecured claims discharged without full payment: $109,335.18.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

## Receipts:

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $47,558.75 | |
| Less amount refunded to debtor | $0.00 | |
| **NET RECEIPTS:** | | **$47,558.75** |

## Expenses of Administration:

| | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $3,000.00 | |
| Court Costs | $0.00 | |
| Trustee Expenses & Compensation | $4,012.99 | |
| Other | $0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | **$7,012.99** |

Attorney fees paid and disclosed by debtor:        $2,000.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AES/CHASE BANK | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| AMERICAN EXPRESS NATIONAL BAN | Unsecured | NA | 2,475.38 | 2,475.38 | 1,683.69 | 0.00 |
| AMERICREDIT | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA | Unsecured | NA | 5,953.05 | 5,953.05 | 4,049.11 | 0.00 |
| BANK OF AMERICA | Unsecured | NA | 5,598.14 | 5,598.14 | 3,807.71 | 0.00 |
| BARCLAYS BANK DELAWARE | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| CAP1/DBARN | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK | Unsecured | NA | 2,199.85 | 2,199.85 | 1,496.28 | 0.00 |
| CHASE CARD SERVICES | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| CITI/SEARS | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| CITIBANK | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| CITIBANK | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| CITIBANK NORTH AMERICA | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| CITIBANK, N.A. | Unsecured | NA | 2,034.54 | 2,034.54 | 1,383.84 | 0.00 |
| CITIBANK/BEST BUY | Unsecured | 1,960.00 | NA | NA | 0.00 | 0.00 |
| CITIZENS BANK, N.A. F/K/A RBS CITI | Secured | NA | 140,135.43 | 211.31 | 211.31 | 0.00 |
| CITY OF PHILA | Secured | NA | 155.57 | 155.57 | 155.57 | 0.00 |
| COMENITY BANK/LANE BRYANT | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| COMENITY BKL/ULTA | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| DELL FINANCIAL SERVICES LLC | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| DEPTARTMENT STORE NATIONAL B/ | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| DISCOVER BANK | Unsecured | NA | 7,945.15 | 7,945.15 | 5,404.10 | 0.00 |
| ENERBANKUSA | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| FEDLOAN SERVICING | Unsecured | 22,611.00 | NA | NA | 0.00 | 0.00 |
| FEDLOAN SERVICING | Unsecured | 22,324.00 | NA | NA | 0.00 | 0.00 |
| FEDLOAN SERVICING | Unsecured | 8,725.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | 17.48 | 17.48 | 11.88 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | NA | 1,795.03 | 1,777.55 | 1,777.55 | 0.00 |
| JPMORGAN CHASE BANK, N.A. S/B/N | Unsecured | NA | 7,173.57 | 7,173.57 | 4,879.28 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| KOHLS/CAPITAL ONE | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| LENDINGCLUB | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| MERRICK BANK | Unsecured | NA | 2,750.93 | 2,750.93 | 1,871.11 | 0.00 |
| MIDLAND CREDIT MANAGEMENT, II | Unsecured | NA | 1,148.75 | 1,148.75 | 781.35 | 0.00 |
| NATIONWIDE BANK | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| ONEMAIN FINANCIAL | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| PGW | Unsecured | NA | 37.52 | 37.52 | 15.41 | 0.00 |
| PHILA. FEDERAL CREDIT UNION | Unsecured | NA | 4,555.59 | 4,555.59 | 3,098.59 | 0.00 |
| PHILADELPHIA FEDERAL CREDIT UN | Unsecured | 4,732.00 | NA | NA | 0.00 | 0.00 |
| PHILADELPHIA FEDERAL CREDIT UN | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| PHILADELPHIA FEDERAL CREDIT UN | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| PHILADELPHIA FEDERAL CREDIT UN | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | NA | 3,057.96 | 3,057.96 | 2,079.94 | 0.00 |
| PRIMEWAY FCU | Unsecured | 4,858.00 | NA | NA | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC AS AGENT F | Unsecured | NA | 29.20 | 29.20 | 19.86 | 0.00 |
| SANTANDER CONSUMER USA | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| SANTANDER CONSUMER USA | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| SYNCHRONY BANK | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| SYNCHRONY BANK BY AIS INFOSOU | Unsecured | NA | 2,327.00 | 2,327.00 | 1,582.77 | 0.00 |
| SYNCHRONY BANK/ OLD NAVY | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| SYNCHRONY BANK/LOWES | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| SYNCHRONY BANK/OLD NAVY | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| TD BANK USA N.A. | Unsecured | NA | 1,346.03 | 1,346.03 | 915.54 | 0.00 |
| TOYOTA FINANCIAL SERVICES | Unsecured | 13,830.00 | NA | NA | 0.00 | 0.00 |
| TOYOTA MOTOR CREDIT CORP | Unsecured | NA | 2,725.01 | 2,725.01 | 1,853.49 | 0.00 |
| TOYOTA MOTOR CREDIT CORP | Secured | NA | 13,138.69 | 726.09 | 726.09 | 0.00 |
| U.S. BANK NATIONAL ASSOCATION I | Unsecured | NA | 4,030.27 | 4,030.27 | 2,741.29 | 0.00 |
| US DEPT OF EDUCATION | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| US DEPT OF EDUCATION | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| WELLS FARGO | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| WYNDHAM VACATION OWNERSHIP | Unsecured | 12,565.00 | NA | NA | 0.00 | 0.00 |

## Summary of Disbursements to Creditors:

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $211.31 | $211.31 | $0.00 |
| Debt Secured by Vehicle | $726.09 | $726.09 | $0.00 |
| All Other Secured | $155.57 | $155.57 | $0.00 |
| **TOTAL SECURED:** | **$1,092.97** | **$1,092.97** | **$0.00** |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $1,777.55 | $1,777.55 | $0.00 |
| **TOTAL PRIORITY:** | **$1,777.55** | **$1,777.55** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | **$55,405.42** | **$37,675.24** | **$0.00** |

UST Form 101-13-FR-S (09/01/2009)

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $7,012.99 |
| Disbursements to Creditors | $40,545.76 |
| **TOTAL DISBURSEMENTS** : | **$47,558.75** |

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 11/19/2024                    By: /s/ Kenneth E. West
                                                              Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case , therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**